# United States Court of Appeals
## For the Eighth Circuit

_____

No. 17-1128
_____

Clifford Scott Eaton

*Plaintiff - Appellant*

v.

United States of America

*Defendant - Appellee*

_____

Appeal from United States District Court
for the Eastern District of Arkansas - Helena

_____

Submitted: August 29, 2017
Filed: September 14, 2017
[Unpublished]

_____

Before LOKEN, GRUENDER, and SHEPHERD, Circuit Judges.

_____

PER CURIAM.

Federal inmate Clifford Eaton appeals after the district court[1] adversely granted summary judgment in his action under the Federal Tort Claims Act.

After careful *de novo* review of the summary judgment decision, *see Johnson v. Blaukat*, 453 F.3d 1108, 1112 (8th Cir. 2006) (standard of review), we affirm for the reasons stated by the district court. *See* 8th Cir. R. 47B.

_____

[1]The Honorable Kristine G. Baker, United States District Judge for the Eastern District of Arkansas, adopting the report and recommendations of the Honorable Beth Deere, United States Magistrate Judge for the Eastern District of Arkansas.